## UNITED STATES v. FRANK.
### No. 5832.

Circuit Court of Appeals, Third Circuit.
Feb. 11, 1936.

Henry Kauffman, Louis Little, and John Duggan, all of Pittsburgh, Pa., for appellant.

James I. Marsh, Asst. U. S. Atty., and Horatio S. Dumbauld, U. S. Atty., both of Pittsburgh, Pa., for the United States.

Before DAVIS and THOMPSON, Circuit Judges, and DICKINSON, District Judge.

DICKINSON, District Judge.

The assignments of error are all based upon the proposition that the trial judge should have directed a verdict of not guilty. A careful perusal of the whole record discloses that there was evidence which supports the verdict of guilty, and the entry of judgment and imposition of sentence follows.

The assignments of error are overruled, and the judgment affirmed, with directions that the sentence be carried into execution.